UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: BARBARA JEAN CHAMBERS  
      3429 ROSA L. PARKS AVE  
      MONTGOMERY, AL 36105

CASE NO: 17-32741-DHW

Soc. Sec. No. XXX-XX-4563  
      Debtor.

## INCOME WITHHOLDING ORDER

TO: MONTGOMERY RESTAURANT SERVICES INC  
    ATTN PAYROLL  
    770 WASHINGTON AVE  
    MONTGOMERY, AL 36104

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that MONTGOMERY RESTAURANT SERVICES INC withhold from the wages, earnings, or other income of this debtor the sum of **$80.00 BI-WEEKLY** and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE  
    17-32741-DHW BARBARA JEAN CHAMBERS  
    P O BOX 613108  
    MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, September 26, 2017.

cc: Debtor  
    Debtor's Attorney

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge