In re                                                                                    Case No. 17–32741
Chapter 13

Barbara Jean Chambers,

    Debtor.

**PURSUANT TO LOCAL RULE 1017–1, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING UNLESS A RESPONSE IS FILED BY A PARTY IN INTEREST WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005–1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

### NOTICE OF DISMISSAL

Notice is hereby given that the debtor in the above referenced case has failed to:

- ☐ Fully cure the deficiencies noted in the Notice of Deficiency filed and noticed shortly after the filing of the case.

- ☑ Pay the required filing fee in installments as directed in the Order Approving Payment of Filing Fee in Installments and/or pay the required filing fee in full within 120 days after the filing of the petition.

Unless a response to this notice is filed within 21 days of service or the deficiency is cured, the case may be dismissed without further notice. Responses must be filed electronically and state clearly why the case should not be dismissed.

Dated January 25, 2018

*/s/ Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court